

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2014

No. 04-14-00178-CR

Francisco S. **MORALES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR6358
Honorable Mary D. Roman, Judge Presiding

# O R D E R

Appellant's second motion for extension of time is GRANTED. Appellant's brief is due on or before August 13, 2014. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court